

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Heritage Constructors, Inc., Appellant

No. 06-14-00048-CV          v.

Chrietzberg Electric, Inc., and Richard Marc Chrietzberg, Appellees

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 12C0591-202).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Carter*, participating.  *Sitting by Assignment.

As stated in the Court's opinion of this date, we find error in the judgment of the court below.  We affirm the trial court's judgment in favor of Chrietzberg, individually, and its judgment denying recovery to Heritage on its negligent misrepresentation claims.  We reverse the trial court's judgment in favor of Heritage on its breach of contract and promissory estoppel claims and for attorney fees and render judgment that Heritage take nothing.

We further order that the appellant, Heritage Constructors, Inc., pay all costs of this appeal.

RENDERED MARCH 4, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk